

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00520-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF B.C.** As a
Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2013MH2178
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  October 23, 2013

DISMISSED

On October 8, 2013, appellant filed a motion to dismiss this appeal. The motion is granted,

and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM